**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:20-CV-14150-RLR**

WALTER KROLL, on his behalf and
others similarly situated,

      Plaintiff,

v.

KVZ GOLF, LLC, a Florida Limited
Liability Company, d/b/a Palm Cove
Golf and Yacht Club,

      Defendant.

_____/

**ORDER GRANTING JOINT MOTION FOR**
**SETTLEMENT CONFERENCE AND STAYING CASE**

      This cause is before the Court on the parties' Joint Motion for Settlement Conference.  [DE 25].  In the Joint Motion, Defendant has also requested that this case be stayed through the date of the parties' settlement conference, assuming the Court grants the Joint Motion.  [DE 25 at 1].  The Joint Motion indicates that Plaintiff opposes staying the case.  [DE 25 ¶ 6].

      The Court commends the parties for their willingness to voluntarily request and participate in settlement discussions before a Magistrate Judge.  Doing so is particularly prudent given their position that "a magistrate[-]supervised settlement conference will be the most effective method of imparting upon [the parties] the economic and legal realities of this lawsuit—thereby facilitating potential settlement—before they become further immersed in costly and time-consuming litigation."  [DE 25 ¶ 3].  The Court agrees that attempting to achieve mutual resolution before incurring more significant costs is appropriate, especially since the parties consider this to be "a straight-forward and uncomplicated FLSA and FMWA case."  [DE 25 ¶ 2].

Based on the foregoing, it is hereby **ORDERED AND ADJUDGED**:

1.      The parties' Joint Motion for Settlement Conference, DE 25, is **GRANTED**, and this case is referred to Magistrate Judge Bruce E. Reinhart for a settlement conference.  By December 4, 2020, the parties shall participate in a settlement conference before Magistrate Judge Reinhart.  Within one day of the settlement conference, the parties shall file a joint notice with the Court regarding the outcome of the conference.

2.      All pretrial deadlines in this case are **STAYED**.

3.      The Clerk of the Court is instructed to **ADMINISTRATIVELY CLOSE THIS CASE**, which shall remain closed until further notice of this Court.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 26th day of October, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record