UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-CV-14150-MAYNARD

WALTER KROLL, on his own
behalf and others similarly situated,

       Plaintiff,

vs.

KVZ GOLF, LLC, a Florida Limited,
Liability Company d/b/a PALM COVE GOLF
AND YACHT CLUB,

       Defendant.

_____/

**ORDER ON JOINT MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT
AGREEMENT AND DISMISSAL WITH PREJUDICE**

THIS CAUSE came before this Court upon the *Joint Motion for Approval of the Parties'
Settlement Agreement and Dismissal with Prejudice* filed by the parties (the "Joint Motion"). The
Court has reviewed the file and is otherwise fully advised in the premises, and it appears to the
Court that due cause exists to approve the parties' settlement and dismiss the case with prejudice.
It, therefore, is ORDERED AND ADJUDGED that:

The Joint Motion is hereby **GRANTED** and the Settlement Agreement negotiated and
entered into by the parties is **APPROVED**. Based thereupon, this Court hereby dismisses the
instant action with **prejudice**, with the Court retaining jurisdiction to enforce the terms of the
parties' Settlement Agreement for a period of 30 days. The parties shall bear their own attorney's
fees and costs, except as provided for in the parties' settlement agreement. All pending motions
are hereby denied as moot, and this case is CLOSED.

DONE AND ORDERED in St. Lucie County, Florida on this __ day of _____, 2020.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

cc:    Record Counsel